UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. *19cr 10458* |
| v. | Violations: |
| HECTOR ANTONIO CRUZ CIPRIAN, | Count One: False Representation of Social Security Number |
| Defendant | (42 U.S.C. § 408(a)(7)(B)) |
| | Count Two: Aggravated Identity Theft |
| | (18 U.S.C. § 1028A(a)(1)) |

INDICTMENT

COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about June 14, 2016, in or about Haverhill, in the District of Massachusetts, the defendant,

HECTOR ANTONIO CRUZ CIPRIAN,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on a Massachusetts Registry of Motor Vehicles application for the out-of-state conversion of a driver's license, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT TWO
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about June 14, 2016, in or about Haverhill, in the District of Massachusetts, the defendant,

### HECTOR ANTONIO CRUZ CIPRIAN,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

2

A TRUE BILL

FOREPERSON

ADAM W. DEITCH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 4, 2019
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

12/4/19
@ 12:14pm

3